# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

JULIA TORRES,                               CASE NO: 2:22-cv-03451-WJM-JBC

         Plaintiff,

vs.

PRECISION COMPUTER OF FORT LEE,
INC., a New Jersey corporation, d/b/a
PRECISION COMPUTER, and
2415 LEMOINE, LLC, a New Jersey
limited liability company,

         Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, JULIA TORRES, and Defendants, PRECISION COMPUTER OF FORT LEE, INC., a New Jersey corporation, d/b/a PRECISION COMPUTER, and 2415 LEMOINE, LLC, a New Jersey limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement has been fully executed by all parties. The parties will file a Stipulation of Dismissal With Prejudice in accordance with the terms of the settlement agreement.

Dated: This 6th day of March 2023.

By: __/S/ Robert J. Mirel_____      By: __/S/ Jacqueline Murphy_____
     Robert J. Mirel, Esq.                               Jacqueline Murphy, Esq.
     THE WEITZ LAW FIRM, P.A.               WOOD SMITH HENNING &
     18305 Biscayne Blvd., Suite 214            BERMAN LLP
     Aventura, FL 33160                                685 Third Avenue, 18th Floor
     Telephone: (305) 949-7777                 New York, NY 10017
     Fax: (305) 704-3877                                Telephone: (212) 999-7100
     Email: RJM@weitzfirm.com               Fax: (212) 999-7139
     *Attorney for Plaintiff*                                 Email: jmurphy@wshblaw.com
                                                                       *Attorney for Defendants*