# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

JULIA TORRES,

        Plaintiff,

vs.

PRECISION COMPUTER OF FORT LEE, INC., a New Jersey corporation, d/b/a PRECISION COMPUTER, and 2415 LEMOINE, LLC, a New Jersey limited liability company,

        Defendants.

_____/

CASE NO: 2:22-cv-03451-WJM-JBC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, JULIA TORRES, and Defendants, PRECISION COMPUTER OF FORT LEE, INC., a New Jersey corporation, d/b/a PRECISION COMPUTER, and 2415 LEMOINE, LLC, a New Jersey limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 8th day of May, 2023.

By: _____  
Robert J. Mirel, Esq.  
THE WEITZ LAW FIRM, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
E-mail: RJM@weitzfirm.com  
*Attorney for Plaintiff*

By: _____  
Jacqueline Murphy, Esq.  
WOOD SMITH HENNING & BERMAN LLP  
685 Third Avenue, 18th Floor  
New York, NY 10017  
Telephone: (212) 999-7100  
Fax: (212) 999-7139  
Email: jmurphy@wshblaw.com  
*Attorney for Defendants*

**SO ORDERED:**

_____  
William J. Martini, U.S.D.J.

Dated: _____